IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

```
CARLOS RAFANAN,                  )
                                 )      2:09-cv-00929-GEB-KJM
          Plaintiff,             )
                                 )      ORDER
     v.                          )
                                 )
ALLIED INTERSTATE, INC.,         )
                                 )
          Defendant.             )
                                 )
```

The motion to enforce settlement, filed on August 20, 2009, is denied since it has not been shown that the Court has jurisdiction to enforce any provision of the parties' settlement.

Dated:  August 20, 2009

_____
GARLAND E. BURRELL, JR.
United States District Judge